## WALKER *v.* THE STATE.

*Lumpkin, J.*—The evidence discloses a plain case of murder, and none of the grounds of the motion for a new trial authorize any interference by this court with the refusal of the trial judge to set aside the verdict of guilty.     *Judgment affirmed.*

Submitted October 5,—Decided October 19, 1896.

Indictment for murder. Before Judge Smith. Wilcox superior court. March term, 1896.

*E. Wall, E. H. Williams* and *M. E. Land,* for plaintiff
in error.    *J. M. Terrell, attorney-general,* and *Tom
Eason, solicitor-general,* contra.